Form B5 (Official Form 5) - (Rev. 10/05)                                                                            2005USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Involuntary Petition** |
|---|---|
| IN RE (Name of Debtor - If individual: Last, First, Middle)<br>**Tropical Beverage Inc., a Florida corporation** | ALL OTHER NAMES used by the debtor in the last 6 years (Include married, maiden, and trade names.) |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all.) **65-0596319** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**2615 Rouselle<br>Santa Ana CA 92707** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| County of Residence or Principal Place of Business **Orange County, CA**  ZIP CODE **92707** | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7       ☒ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

TYPE OF DEBTOR
☐ Individual     ☐ Stockbroker
☐ Partnership    ☐ Commodity Broker
☒ Corporation    ☐ Railroad
☐ Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS **Bottles & sells water based beverages**

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this District. | ☒ Full filing fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
      or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**THIS SPACE FOR COURT USE ONLY**

U.S. BANKRUPTCY COURT
FILED

MAR 10 2006

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

ORIGINAL

Form B5 (Official Form 5) Page 2 - (Rev. 12/03)                                                                                           2003 USBC, Central District of California

| Involuntary Petition | Name of Debtor |
|---|---|
| | Tropical Beverage, Inc. |

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_, Manager
Signature of Petitioner or Representative (State Title)

The Nutmeg Group, LLC    March 6, 2006
Name of Petitioner                           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
3346 Commercial Ave.
Northbrook, IL 60062

X _[signature]_    March 6, 2006
Signature of Attorney    Date

Law Offices of Randall S. Goulding + Associates
Name of Attorney Firm (if any)

Address: 3346 Commercial Ave. Northbrook, IL 60062
Telephone No.: 847-291-7711

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. Zuckerman-Honickman Inc.

X _[signature]_
Signature of Petitioner or Representative (State Title)

Benjamin R. Zuckerman, President
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
191 S. Gulph Rd.
King of Prussia, PA

X _[signature]_    3/2/06
Signature of Attorney    Date

COZEN O'CONNOR
Name of Attorney Firm (if any)

Address: 777 N. Figueroa St., Suite 2850
Los Angeles, CA 90017-5823
Telephone No.: (213) 892-7900

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State Title)

Allana Leigh    3/2/06
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
13841 Tustin East
Tustin CA 92780

X _____
Signature of Attorney    Date

Name of Attorney Firm (if any)

Address

Telephone No.

### CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| The Nutmeg Group, LLC<br>3346 Commercial Ave. Northbrook, IL 60062 | Business Debt | $1,940,000 |
| Zuckerman-Honickman Inc<br>191 S. Gulph Rd. King of Prussia PA 19406 | Business Debt | $112,000.00 |
| Allana Leigh<br>13841 Tustin East, Tustin, CA 92780 | Business Debt | $46,875.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims $2,098,875

_____ Continuation Sheets attached